UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DWYER, | CASE NO. C20-1236JLR-MAT |
| Plaintiff, | ORDER REFERRING MOTION TO MAGISTRATE JUDGE |
| v. | |
| TRINITY FINANCIAL SERVICES, LLC, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court hereby refers to Magistrate Judge Mary Alice Theiler for preparation of a report and recommendation Plaintiff Richard Dwyer's pending motion to remand.  (*See* Mot. to Remand (Dkt. # 12).)  Federal Rule of Civil Procedure 72(b) governs any further proceedings in this court after Magistrate Judge Mary Alice Theiler files a report and recommendation concerning the motion.  *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

ORDER - 1

1    Accordingly, the court ORDERS that the above-entitled action is referred to
2    Magistrate Judge Mary Alice Theiler for the specific purposes and motion described
3    herein.  The court further DIRECTS and EMPOWERS Magistrate Judge Mary Alice
4    Theiler to conduct hearings and make further necessary orders consistent with 28 U.S.C.
5    § 636, the local rules, and this order.

6    Dated this 13th day of November, 2020.

JAMES L. ROBART
United States District Judge