UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DWYER,<br><br>                   Plaintiff,<br><br>   v.<br><br>TRINITY FINANCIAL SERVICES, LLC,<br><br>                  Defendant. | CASE NO. C20-1236-JLR-MAT<br><br>ORDER |

The Court, having reviewed plaintiff's Motion to Remand to King County Superior Court (Dkt. 12), defendant's opposition (Dkt. 13), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, Plaintff's Objections to Report and Recommendation (Dkt. # 18) and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's Motion to Remand is DENIED; and

(3)    The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Mary Alice Theiler.

DATED this 23rd day of December, 2020.

                                                 JAMES L. ROBART
                                                 United States District Judge

ORDER
PAGE - 1