The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD DWYER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRINITY FINANCIAL SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 20-CV-01236-JLR<br><br>[~~PROPOSED~~] **ORDER GRANTING** JLR **AMENDED MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT**<br><br>NOTING DATE: March 25, 2022 |

THIS MATTER, having come on before the Court on Trinity Financial Services, LLC's ("Trinity"), request to substitute counsel pursuant to LCR 83.2(b)(2). The Court, having reviewed the motion, and being otherwise duly advised in the premises, does hereby

ORDER, ADJUDGE, AND DECREE that Joseph Ward McIntosh and the law firm of McCarthy & Holthus LLP are withdrawn as counsel for Defendant in this matter. It is further,

ORDERED, ADJUDGED, AND DECREED that Joseph T. McCormick III and the law firm of Wright, Finlay, & Zak, LLP are substituted in as counsel for Defendant.

//

//

//

[~~PROPOSED~~] ORDER GRANTING AMENDED MOTION TO FOR SUBSTITUTION OF COUNSEL- 1
Case no. 20-CV-01236-JLR

DATED this 25th day of March, 2022.

_____
The Honorable James L. Robart

Presented by:
WRIGHT, FINLAY & ZAK, LLP

/s/ Joseph T. McCormick III
Joseph T. McCormick III, WSBA# 48883
*Substituting Counsel for Defendant*

Agreed by:

  MCCARTHY & HOLTHUS LLP


  /s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA No. 39470
*Withdrawing Counsel for Defendant*

[~~PROPOSED~~] ORDER GRANTING AMENDED MOTION TO FOR SUBSTITUTION OF COUNSEL- 2
Case no. 20-CV-01236-JLR