UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DWYER, | CASE NO. C20-1236JLR |
| Plaintiff, | ORDER |
| v. | |
| TRINITY FINANCIAL SERVICES, LLC, | |
| Defendant. | |

Before the court is Defendant Trinity Financial Services, LLC's ("Trinity")

request for a judicial settlement conference in this matter.  Trinity informed the court that

Plaintiff Richard Dwyer agrees to a judicial settlement conference.

Pursuant to Local Civil Rule 39.1(e), "the court may appoint a settlement judge

who may conduct a settlement conference in such manner as that settlement judge may

deem appropriate."  Local Rules W.D. Wash. LCR 39.1(e).  The court concludes that this

matter is appropriate for referral to a settlement judge pursuant to Local Civil Rule

ORDER - 1

1    39.1(e).  Accordingly, the court hereby APPOINTS the Honorable David W. Christel,

2    United States Magistrate Judge for the Western District of Washington to serve as

3    settlement judge in this case.  Counsel are directed to communicate with Magistrate

4    Judge Christel, through his chambers' staff, about the delivery and length of settlement

5    briefs, any other materials that should be provided, and the time and place of the

6    settlement conference.

7         At any settlement conference Magistrate Judge Christel may hold, all parties are to

8    be represented by counsel (including lead trial counsel) and by principals (and insurers, if

9    applicable) having full authority to enter into a settlement agreement, and to change pre-

10   existing settlement authority without consulting someone else who is not present.  This

11   requirement may be waived only by advance ruling of the settlement judge.

12        The parties are further ORDERED to inform the court within three (3) days of the

13   settlement conference whether this matter has been resolved.  The court DIRECTS the

14   Clerk to provide Magistrate Judge Christel a copy of this order.

15        Dated this 22nd day of August, 2022.

16

17   _____

18   JAMES L. ROBART
     United States District Judge

19

20

21

22

ORDER - 2