UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DWYER, | CASE NO. C20-1236JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRINITY FINANCIAL SERVICES, LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This matter is being tried to the bench, with opening arguments set to begin on October 17, 2022. (1/26/21 Min. Order (Dkt. # 23).) The court's scheduling order regarding trial and related dates directed the parties to submit proposed findings of fact and conclusions of law by October 11, 2022. (*See id.* at 2.) Finding that good cause exists to alter the existing deadline for the parties to submit proposed findings of fact and

MINUTE ORDER - 1

1 | conclusions of law, the court ORDERS the parties to file (1) proposed findings of fact
2 | and conclusions of law and (2) proposed judgments by September 30, 2022.  The court
3 | further ORDERS the parties to submit amended proposed findings of fact and
4 | conclusions of law and amended proposed judgments by no later than ten (10) days after
5 | trial ends.
6 |       Filed and entered this 31st day of August, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2