UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DWYER, | CASE NO. C20-1236JLR |
| Plaintiff, | SHOW CAUSE ORDER |
| v. | |
| TRINITY FINANCIAL SERVICES, LLC, | |
| Defendant. | |

On September 23, 2022, the court, having been notified that the parties reached a settlement, ordered the parties to "file settlement paperwork by Friday 10/7/2022." (9/23/22 Min. Order (Dkt. # 56).)  To date, neither party has filed the required settlement paperwork.  (*See generally* Dkt.)

Accordingly, the court ORDERS counsel for both parties to show cause by October 24, 2022, why sanctions should not be imposed for counsel's failure to timely comply with the court's September 23, 2022 order.

SHOW CAUSE ORDER - 1

Dated this 17th day of October, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge