The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD DWYER,<br><br>  Plaintiff,<br>v.<br><br>TRINITY FINANCIAL SERVICES, LLC,<br><br>  Defendant. | Case No.: 20-CV-01236-JLR<br><br>JLR<br><br>~~PROPOSED~~ ORDER GRANTING MOTION TO SEAL DECLARATION OF LUKASZ I. WOZNIAK IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S SEPTEMBER 23, 2022 ORDER FILED ON OCTOBER 24, 2022 [ECF # 58]<br><br>NOTE ON MOTION CALENDAR: November 18, 2022 |

THIS MATTER, having been noted by the clerk to come before the above-entitled court this  4th  of  November , 2022, on defendant Trinity Financial Services, LLC's ("Trinity") Motion to Seal the Declaration of Lukasz I. Wozniak in Response to Order to Show Cause as to Why Sanctions Should Not Be Imposed for Failure to Comply with the Court's September 23, 2022 Order, ECF #58 and exhibits attached thereto, the Court, having considered the moving papers, as well as  and the pleadings and records filed herein and all matters properly subject to the request for judicial notice, IT IS HEREBY:

1   ORDERED ADJUDGED AND DECREED that Defendants' to Seal the Declaration of
2   Lukasz I. Wozniak in Response to Order to Show Cause as to Why Sanctions Should Not Be
3   Imposed for Failure to Comply with the Court's September 23, 2022 Order, ECF #58 and
4   exhibits thereto is GRANTED. It is further ORDERED ADJUDGED AND DECREED that the
5   Declaration and exhibits thereto be sealed.

6   DONE this  4th  day of  November , 2022.

            _____
            JUDGE James L. Robart
            UNITED STATES DISTRICT COURT JUDGE

10  Presented by:

11  WRIGHT FINLAY & ZAK LLP

12  /s/ Lukasz I. Wozniak
    Lukasz I. Wozniak, WSBA #47290
13  *Attorney for Defendant Trinity Financial Services, LLC*