UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD DWYER,<br><br>             Plaintiff,<br><br>    v.<br><br>TRINITY FINANCIAL SERVICES LLC,<br><br>             Defendant. | CASE NO. 2:20-CV-1236-JLR<br><br>ORDER SETTING BRIEFING SCHEDULE |

  On October 26, 2022, the undersigned directed the parties to file a joint status report ("JSR") setting forth their recommended schedule for briefing a settlement matter. *See* Dkt. 60. On December 1, 2022, the parties filed the JSR. Dkt. 66. The Court has reviewed the JSR and sets the following briefing schedule:

1. Each party shall file an opening brief supporting their position as to why the Court should adopt that party's version of the proposed settlement agreement and modification agreement on or before midnight on December 9, 2022.

2. Each party shall file a response brief responding to the other party's position regarding the proposed settlement agreement and modification agreement on or before midnight on December 16, 2022.

3. Each party may file a reply brief in support of their position regarding the proposed settlement agreement and modification agreement on or before midnight on December 21, 2022.

If, after reviewing the briefing, the undersigned finds it necessary to hold oral argument, a hearing will be set at that time. All documents shall be filed under seal.

The Court notes Plaintiff has requested the Court require each party to furnish the other party with their proposed version of the settlement agreement and modification agreement in advance of the deadline for filing their opening brief. Defendants opposes the request. As the briefing schedule will allow full development of any issues, the Court denies Plaintiff's request.

Dated this 5th day of December, 2022.

David W. Christel
United States Magistrate Judge

ORDER SETTING BRIEFING SCHEDULE - 2