UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD DWYER, | CASE NO. C20-1236JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRINITY FINANCIAL SERVICES. LLC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In accordance with Magistrate Judge David W. Christel's recommendation (*see* 12/27/22 Order (Dkt. # 74 (sealed))), the court ORDERS the parties to file their final settlement paperwork by January 20, 2023.

Filed and entered this 27th day of December, 2022.

//

MINUTE ORDER - 1

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2