# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD DWYER,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TRINITY FINANCIAL SERVICES, LLC,<br><br>　　　　　Defendant. | Case No.: 20-CV-01236-JLR<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)** |

**TO THE HONORABLE COURT:**

　　IT IS HEREBY STIPULATED AND AGREED by plaintiff RICHARD DWYER ("Plaintiff") and defendant TRINITY FINANCIAL SERVICES, LLC ("Defendant"), by and through their counsel of record herein, that, pursuant to Rule 41(a) of Federal Rules of Civil Procedure ("FRCP"), which states, in pertinent part, that:

>　　(a) VOLUNTARY DISMISSAL.
>　　(1) *By the Plaintiff.*
>　　(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2,
>　　and 66 and any applicable federal statute, the plaintiff may dismiss an
>　　action without a court order by filing:
>　　(i) a notice of dismissal before the opposing party serves either an answer
>　　or a motion for summary judgment; or
>　　(ii) a stipulation of dismissal signed by all parties who have appeared.

this action be dismissed <u>with prejudice</u> as to all claims, causes of action, and parties, with each

party bearing that party's own attorney's fees and costs.

IT IS SO STIPULATED.

*s/ Richard L. Pope, Jr.*
RICHARD L. POPE, JR.
WSBA # 21118
Attorney for Plaintiff
RICHARD DWYER

Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B-358
Bellevue, Washington 98008
Tel: (425) 829-5305
Fax: (425) 526-5714
E-Mail: rp98007@gmail.com


WRIGHT, FINLAY & ZAK, LLP

/s/ Lukasz I. Wozniak
Lukasz I. Wozniak, WSBA# 47290
Attorney for Defendant
TRINITY FINANCIAL SERVICES, LLC

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 20th day of January 20, 2023, a trust and correct copy of this **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

Richard Lamar Pope, Jr.
Email: rp98007@gmail.com

Lukasz I. Wozniak
Email: lwozniak@wrightlegal.net

Dated: January 20, 2023

                                               */s/ Richard L. Pope, Jr.*
                                               Richard L. Pope, Jr.

.