The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD DWYER,<br><br>Plaintiff,<br>v.<br><br>TRINITY FINANCIAL SERVICES, LLC,<br><br>Defendant. | Case No.: 20-CV-01236-JLR<br><br>**ORDER DISMISSING THE CASE PURSUANT TO STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(A)** |

Based upon the stipulation of the parties and good cause appearing therefore, the Court **ORDERS** that:

Pursuant to Rule 41(a) of Federal Rules of Civil Procedure ("FRCP"), this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 23, 2023

_____
Honorable James L. Robart

ORDER DISMISSING THE CASE
(20-CV-01236-JLR) – Page 1